UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alexander Otis Matthews

v.                                          Case No. 14-cv-00513-JL

FCI Berlin, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 28, 2015.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:   March 9, 2016

cc:   Seth R. Aframe, AUSA
      Alexander Otis Matthews, pro se